UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALVENIA CORBETT,

    Plaintiff,

v.                                                    Case No: 8:19-cv-488-T-36AEP

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Anthony E. Porcelli on March 30, 2020 (Doc. 23). In the Report and Recommendation, Magistrate Judge Porcelli recommends that Plaintiff's Unopposed Motion for EAJA Fees Pursuant to 28 U.S.C. § 2412(d) (Doc. 22) be granted and Plaintiff be awarded fees in the amount of $2,430.78. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)     The Report and Recommendation of the Magistrate Judge (Doc. 23) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Unopposed Motion for EAJA Fees Pursuant to 28 U.S.C. § 2412(d) (Doc. 22) is GRANTED.

(3) Plaintiff, Alvenia Corbett, is awarded fees in the amount of $2,430.78.

**DONE AND ORDERED** at Tampa, Florida on April 20, 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Anthony E. Porcelli
Counsel of Record

2