UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALVENIA CORBETT,

    Plaintiff,

v.                                                 Case No: 8:19-cv-488-CEH-AEP

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Anthony E. Porcelli on September 21, 2022 (Doc. 37). In the Report and Recommendation, Magistrate Judge Porcelli recommends that: (1) Plaintiff's request for an award of attorney's fees under 42 U.S.C. § 406(b) (Doc. 36) be granted; and (2) Plaintiff's counsel be awarded fees in the amount of $16,707.50, pursuant to 42 U.S.C. § 406(b), with a credit of $15,781.28 that counsel has already received. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

    **ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 37) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's request for an award of attorney's fees under 42 U.S.C. § 406(b) (Doc. 36) is GRANTED.

(3) Plaintiff's counsel is awarded fees in the amount of $16,707.50, pursuant to 42 U.S.C. § 406(b), with a credit of $15,781.28 that counsel has already received.

**DONE AND ORDERED** at Tampa, Florida on October 24, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Anthony E. Porcelli
Counsel of Record